UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

        Plaintiff,                              Case No. 1:06:CR:192

v.

                                               HON. GORDON J. QUIST

RODNEY S. LEON,

        Defendant.
_____/

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed October 20, 2006, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Rodney S. Leon's pleas of guilty to Counts 3, 5, 7, and 8 of the Indictment are accepted. Defendant Rodney S. Leon is adjudicated guilty.

3. A decision of whether to accept the written plea agreement will be made at the time of sentencing after the Court has had the opportunity to review the Presentence Investigation Report. See U.S.S.G. Ch. 6.

Dated: November 3, 2006                                      /s/ Gordon J. Quist
                                                                                GORDON J. QUIST
                                                            UNITED STATES DISTRICT JUDGE